# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN L. ALLEN, DALE E. ALLEN, and SANDRA B. ALLEN, | No. 4:18-CV-01179 |
| | (Judge Brann) |
| Plaintiffs, | |
| v. | |
| SWEPI, LP, | |
| Defendant. | |

## ORDER

**NOVEMBER 8, 2018**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss, ECF No. 7, is **GRANTED**.

2. Plaintiffs' Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge